In the Matter of the Transfer Tax upon the Estate of
 HARMON HENDRICKS, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK,
 Appellant; BLANCHE HENDRICKS, Individually and as
 Executrix, Respondent.

Reported below, 163 App. Div. 413.
(Submitted January 18, 1915; decided January 26, 1915.)

MOTION to dismiss an appeal from an order of the
Appellate Division of the Supreme Court in the first judi-
cial department, entered July 10, 1914, which reversed an
order of the New York County Surrogate's Court assess-
ing a transfer tax upon the estate of Harmon Hendricks,
deceased.

The motion was made upon the ground that the order of reversal was upon questions of fact.

*Samuel Riker, Jr.,* for motion.

*Schuyler C. Carlton* and *Alexander Otis* opposed.

Motion denied, with ten dollars costs.

(Submitted January 18, 1915; decided January 26, 1915.)